THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William J. Marshall, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2005-UP-208
Submitted March 1, 2005  Filed March 18, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, William J. Marshall, pled guilty to one count of possession with intent to distribute cocaine, one count of possession of cocaine, and one count of possession of a stolen pistol.  The trial judge sentenced him to two years on the possession of cocaine charge, five years on the possession of a stolen pistol charge, and six years on the possession of cocaine with intent to distribute charge.  He also fully revoked appellants probationary sentence.  Marshalls counsel attached to the brief a petition to be relieved as counsel, stating that she had reviewed the record and concluded this appeal lacks merit.  Marshall did not file a separate pro se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.